## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Plumbers Pension Fund, Local 130, U.A., et al.

                                        Plaintiff,

v.                                                      Case No.: 1:22−cv−05502

                                                        Honorable Robert W. Gettleman

Jesus Martinez, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 13, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: Counsel have contacted the court's staff that they are both unable to attend the status hearing on 7/14/2026 and ask that it be reset. The parties' request is granted. Telephonic hearing set for 7/14/2026 is stricken. The parties are directed to file a joint status report on settlement negotiations on or before 7/17/2026. The court will set a new hearing date after reviewing the report. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.