**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PLUMBERS' PENSION FUND, LOCAL 130, U.A., *et al.*, )
)
               Plaintiffs, )      Case No.:  22 CV 5502
)
    v. )      District Judge  Gettleman
)
JESUS MARTINEZ d/b/a JM PLUMBING, )
)
               Defendant. )

### *JOINT STATUS REPORT*

The Parties, by and through their undersigned counsel, present their Joint Status Report, stating as follows:

Since the Parties were last before the Court, the Parties continue to attempt to reach an accord surrounding the status of certain cash withdrawals comprising roughly fifteen percent of the total audit findings.  Defendant made an offer Plaintiffs rejected, and Defendant intends to present another.  In the event the Parties cannot amicably resolve the dispute before the next status, Plaintiffs will proceed with deposition of Defendants' principals in anticipation of  moving for summary judgment thereafter.  In that case, Defendants would seek to participate in a mediated settlement conference before the Magistrate Judge.

Respectfully submitted,

For Plaintiffs:                                        For Defendants:

/s/  Andrew S. Pigott                          /s/  Todd A. Miller

Gregorio, Stec, Klein & Hosé, LLC          Allocco, Miller & Cahill, P.C.
Two N. LaSalle St., Suite 1650                20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60602                           Chicago, IL 60606
312-263-2343                                          312-675-4325
apigott@gregoriolaw.com                      tam@alloccomiller.com