**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Plumbers Pension Fund, Local 130, U.A., et al.

Plaintiff,

v.

Case No.: 1:22−cv−05502
Honorable Robert W. Gettleman

Jesus Martinez, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 29, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: At the parties' request and by agreement, the briefing schedule set on 9/10/2026 [79] is modified as follows: plaintiff's motion for summary judgment due 10/8/2026; defendants' response due 11/13/2026; plaintiff's reply due 11/27/2026. The court will issue its ruling on CM/ECF. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.