014

# PLUMBERS LOCAL 130
## MEMORANDUM AGREEMENT

This Agreement is made and entered into by and between the undersigned Employer, who is duly authorized by law and bonded to engage in the plumbing business and who is established in the business, and who intends to employ not less than two (2) journeymen or one (1) journeyman and one (1) apprentice and hereafter is referred to as "Employer", and Chicago Journeymen Plumbers' Local Union 130, U.A. which is composed of competent licensed journeymen plumbers and apprentices who are duly authorized by law to install and inspect all plumbing work, hereinafter referred to as "Union".

1. Recognition. The Employer recognizes the Union as the exclusive collective bargaining agent for all of its employees who perform any of the work within the trade and territorial jurisdiction of the Union as set forth in the agreement and agreements referred to in Paragraph 2, below.

2. Labor Contract. The Employer and Union affirm and adopt the applicable area wide collective bargaining agreements between the Union and the following Associations: Plumbing Contractors Association of Chicago and Cook County (PCA); Plumbing and Mechanical Contractors Authority of Northern Illinois(PAMCANI); West Suburban Association of Plumbing Contractors (WSA); and Kankakee and Iroquois Counties Plumbing and Piping Contractors Association (K&ICP&PCA) hereafter "Associations". The agreements are specifically incorporated by reference herein for the period June 1, 2014 through May 31, 2017 along with all extensions, amendments and renewals thereof subsequently negotiated by and between the Union and the Associations unless notice to terminate the Memorandum of Agreement is given by the Union or Employer in the manner provided in Paragraph 4, below.

3. Fringe Benefits. The Employer further specifically adopts and agrees to abide by and be bound by all the clauses, terms and provisions of the Trust Agreements establishing and governing:

(a) the Plumbers' Pension Fund, Local 130, U.A., being that Trust Agreement dated May 14, 1953;
(b) the Plumbers' Welfare Fund, Local 130, U.A., being that Trust Agreement dated October 3, 1950;
(c) the Trust Fund for Apprentice and Journeymen Education and Training, Local 130, U.A., being that Trust Agreement dated June 1, 1965;
(d) the Plumbers' Retirement Savings Fund, Local 130, U.A., being that Trust Agreement dated September 1, 1998;

and any amendments previously made thereto with the same force and effect as though said Trust Agreements were set forth in full herein. The Employer ratifies, accepts and irrevocably designates as its representatives the Employer Trustees of each of said Funds who from time to time shall be appointed as such in accordance with the terms of the Trust Agreements. The Employer agrees to make the contributions required by the Association Agreements referred to in Paragraph 2, above, into the Funds' established and governed by said Trust Agreements and to be bound by all amendments thereto hereafter made as if the Employer has signed the original of said Trust Agreements and any amendments from time to time made or to be made.

4. Termination. This Agreement shall remain in full force and effect from June 1, 2014 through May 31, 2017, and shall continue thereafter unless there has been given written notice, by certified mail by either party hereto, received not less than sixty (60) nor more than ninety (90) days prior to the expiration date of the desire to modify or amend this Agreement through negotiations. In the absence of such notice, the Employer and the Union agree to be bound by the new area-wide negotiated agreement with the Associations incorporating it into this Agreement and extending this Agreement for the life of the newly negotiated Associations agreement, and thereafter for the duration of successive Associations agreements unless and until timely notice of termination is given as provided above prior to the expiration date of any such then current collective bargaining agreement.

5. The Employer agrees to notify the Union in writing of any changes in the information provided by the Employer below on this Memorandum Agreement.

WSA

This Memorandum Agreement executed by the Employer on 04 / 11 / 16.

S M plumbing
Full Correct Name of Employer (Business)

9010 unit B Beloit | Bridgeview | IL. | 60455
Street Address | City | State | Zip Code

(312) 671-1081 | (708) 529-0381 | SM@plumbingbySM.com
Business Phone Number | Facsimile Number | E-mail Address

How Organized: Check One: ☐ Sole Proprietorship ☑ Partnership ☐ Corporation ☐ LLC

Name of Plumbing License Holder Jesus S Martinez (Printed Name Here) State of IL or City of Chgo Plumbing License # 058-162051

Contractor's Illinois State or City of Chicago License Number 055-042188

By: [signature] (Signature) Title: President

Print Name: Jesus Martinez (Printed Name Here)

ACCEPTED:
Executed on behalf of Chicago Journeymen Plumbers' Local Union 130, U.A.

WHITE COPY - UNION
YELLOW COPY - CONTRACTOR
PINK COPY - UNION FILE

James F. Coyne, Business Manager

101