**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 22 CV 5502 |
| | ) | |
| v. | ) | District Judge Gettleman |
| | ) | |
| JESUS & JUANA MARTINEZ d/b/a JM PLUMBING, | ) | |
| *et al.*, | ) | |
| Defendant. | ) | |

**DECLARATION OF JANICE KEENE PURSUANT TO 28 U.S.C. §1746**

1. I am Janice Keene, an auditor for Legacy Professionals LLP, 4 Westbrook Corporate Center, Suite 700, Westchester, IL 60154.

2. At the request of the Trustees of various Funds affiliated with Chicago Journeymen Plumbers Local No. 130, UA, Legacy conducts audits of signatory contractors to determine if said contractors are in compliance with the contribution and/or deduction provisions of applicable collective bargaining agreements with Local 130. I, personally, have conducted hundreds of those audits.

3. In the process of an audit, myself, and my colleagues, examine the contractor's hourly employment of labor, as reflected in its employee time records, bank statements, tax filings, and other corporate records, and compare the hours of work so revealed with those reported to the Funds by the contractor in its monthly contribution reports, noting any instances of underreporting.

4. At the Funds' request, I performed an audit of JM Plumbing's books and records covering the period from July 1, 2017 through December 31, 2022.

5. My original audit findings exceeded $1,000,000.00.

6. The Funds received numerous audit challenges from JM Plumbing, disputing my original findings.

7. At the request of the Funds, I prepared a report in which I treated all of JM Plumbing's challenges as accepted. That report is attached to my Declaration.

8. The total findings in the attached audit report are: $183,139.79 in contributions, $14,651.18 in liquidated damages, and $86,248.55 in interest, for a total of $284.039.52.

9. The report treating all challenges as accepted includes the removal of findings based on the treatment of cash withdrawals as wages, as well as the capping of contribution hours for JM's working owner at 32 hours per week.

.

10. I conferred with JM's accountant regarding those cash withdrawals, but he could provide no documentation supporting their claimed non-wage use, as JM Plumbing did not provide it to him.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/19/26
(Date).

Jamie Keen
(Signature)

# Plumbers Local 130 U.A.

SUMMARY OF AMOUNTS DUE

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | TOTAL |
|---|---|---|---|---|---|---|---|
| Welfare Fund | $ 15,806.70 | $ 44,278.73 | $ 944.48 | $ 526.49 | $ 1,290.45 | $ 4,620.54 | $ 67,467.38 |
| Retiree Welfare Fund | $ 3,767.40 | $ 9,180.80 | $ 167.63 | $ 66.48 | $ 153.93 | $ 757.29 | $ 14,093.51 |
| Pension Fund | $ 15,492.75 | $ 44,095.07 | $ 910.07 | $ 484.98 | $ 1,155.38 | $ 4,197.79 | $ 66,336.03 |
| Pension Defined Cont. | $ 2,730.00 | $ 7,999.38 | $ 178.25 | $ 99.50 | $ 304.75 | $ 1,289.00 | $ 12,600.88 |
| Education Fund | $ 1,747.20 | $ 4,837.05 | $ 99.30 | $ 53.88 | $ 131.78 | $ 507.51 | $ 7,376.70 |
| Industry Fund | $ 341.25 | $ 932.00 | $ 18.18 | $ 5.93 | $ 13.88 | $ 48.34 | $ 1,359.56 |
| Group Legal Fund | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Target Fund | $ 614.25 | $ 1,894.95 | $ 40.98 | $ 23.38 | $ 74.50 | $ 322.25 | $ 2,970.30 |
| Building - Garage Fund | $ - | $ 543.38 | $ 18.63 | $ 10.98 | $ 32.38 | $ 112.79 | $ 718.14 |
| Dues Fund | $ 2,301.36 | $ 5,280.55 | $ 126.18 | $ 49.02 | $ 131.05 | $ 575.26 | $ 8,463.40 |
| Savings | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| PAC | $ - | $ - | $ 25.30 | $ 604.30 | $ 610.05 | $ 514.25 | $ 1,753.90 |
| **Sub-Total** | $ 42,800.91 | $ 119,041.88 | $ 2,528.97 | $ 1,924.91 | $ 3,898.12 | $ 12,945.00 | $ 183,139.79 |
| | | | | | | | |
| | | | | | | | |
| ***Add Liquidated Damages at 8%*** | | | | | | | $ 14,651.18 |
| ***Add Interest at Prime + 3% per month*** | | | | | | | $ 86,248.55 |
| ***TOTAL*** | | | | | | | $ 284,039.52 |

# Plumbers Local 130 U.A.

SUMMARY OF AMOUNTS DUE

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | TOTAL |
|---|---|---|---|---|---|---|---|
| Welfare Fund | $ 15,806.70 | $ 44,278.73 | $ 944.48 | $ 526.49 | $ 1,290.45 | $ 4,620.54 | $ 67,467.38 |
| Retiree Welfare Fund | $ 3,767.40 | $ 9,180.80 | $ 167.63 | $ 66.48 | $ 153.93 | $ 757.29 | $ 14,093.51 |
| Pension Fund | $ 15,492.75 | $ 44,095.07 | $ 910.07 | $ 484.98 | $ 1,155.38 | $ 4,197.79 | $ 66,336.03 |
| Pension Defined Cont. | $ 2,730.00 | $ 7,999.38 | $ 178.25 | $ 99.50 | $ 304.75 | $ 1,289.00 | $ 12,600.88 |
| Education Fund | $ 1,747.20 | $ 4,837.05 | $ 99.30 | $ 53.88 | $ 131.78 | $ 507.51 | $ 7,376.70 |
| *Education Fund* | *$ 1,132.95* | *$ 3,094.24* | *$ 61.84* | *$ 32.79* | *$ 76.78* | *$ 301.27* | $ 4,699.85 |
| *UA Training Fund* | *$ 136.50* | *$ 372.80* | *$ 7.45* | *$ 3.95* | *$ 9.25* | *$ 32.23* | $ 562.18 |
| *OSHA* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | $ - |
| *App. Building Fund* | *$ 477.75* | *$ 1,370.01* | *$ 30.01* | *$ 17.14* | *$ 45.75* | *$ 174.02* | $ 2,114.67 |
| Industry Fund | $ 341.25 | $ 932.00 | $ 18.18 | $ 5.93 | $ 13.88 | $ 48.34 | $ 1,359.56 |
| Group Legal Fund | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Building - Garage Fund | $ - | $ 543.38 | $ 18.63 | $ 10.98 | $ 32.38 | $ 112.79 | $ 718.14 |
| Dues Fund | $ 2,301.36 | $ 5,280.55 | $ 126.18 | $ 49.02 | $ 131.05 | $ 575.26 | $ 8,463.40 |
| *Working Dues Fund* | *$ 2,301.36* | *$ 5,280.55* | *$ 126.18* | *$ 49.02* | *$ 131.05* | *$ 575.26* | $ 8,463.40 |
| *Building Fund Fund* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | $ - |
| *Pipe Trades Fund* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | $ - |
| Target Fund | $ 614.25 | $ 1,894.95 | $ 40.98 | $ 23.38 | $ 74.50 | $ 322.25 | $ 2,970.30 |
| Savings | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| PAC | $ - | $ - | $ 25.30 | $ 604.30 | $ 610.05 | $ 514.25 | $ 1,753.90 |
| **Sub-Total** | $ 42,800.91 | $ 119,041.88 | $ 2,528.97 | $ 1,924.91 | $ 3,898.12 | $ 12,945.00 | $ 183,139.79 |
| | | | | | | | |
| ***Add Liquidated Damages at 8%*** | | | | | | | $ 14,651.18 |
| ***Add Interest at Prime + 3% per month*** | | | | | | | $ 86,248.55 |
| ***TOTAL*** | | | | | | | $ 284,039.52 |