**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Plumbers Pension Fund, Local 130, U.A., et al.

Plaintiff,

v.

Case No.: 1:22−cv−05502
Honorable Robert W. Gettleman

Jesus Martinez, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, November 22, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: The court sets the following briefing schedule on plaintiffs' motion for partial summary judgment [83]: defendants' response due 12/21/2026; plaintiffs' reply due 12/31/2026. The court will issue its ruling on CM/ECF. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.